IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA PRODUCTS L.P., NAPP PHARMACEUTICAL GROUP LTD., BIOVAIL LABORATORIES INTERNATIONAL, SRL, and ORTHO-MCNEIL, INC.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>IMPAX LABORATORIES, INC.,<br><br>　　　　　　　　Defendant. | C.A. No. 08-502 |

**RULE 7.1 STATEMENT OF PLAINTIFFS PURDUE PHARMA PRODUCTS L.P. AND NAPP PHARMACEUTICAL GROUP LIMITED**

Pursuant to Fed. R. Civ. P. 7.1(a), Purdue Pharma Products L.P. and Napp Pharmaceutical Group Limited hereby state as follows:

1. Purdue Pharma Products L.P. is a Delaware limited partnership that has one partner, Purdue Pharma L.P. No publicly held corporation owns 10% or more of the partnership interests of Purdue Pharma Products L.P. or Purdue Pharma L.P.

2. Napp Pharmaceutical Group Limited is a United Kingdom limited company. Napp Pharmaceutical Group Limited has one parent corporation, Napp Pharmaceutical Holdings Limited. No publicly held company owns 10% or more of Napp Pharmaceutical Group Limited's stock or Napp Pharmaceutical Holdings Limited's stock.

                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                        */s/ Rodger D. Smith II*

                                        Jack B. Blumenfeld (#1014)
                                        Rodger D. Smith II (#3778)
                                        1201 N. Market Street
                                        P.O. Box 1347
                                        Wilmington, DE  19899-1347
                                        (302) 658-9200
                                        rsmith@mnat.com
                                        *Attorneys for Plaintiffs*
                                            *Purdue Pharma Products L.P.*
                                            *and Napp Pharmaceutical Group Ltd.*

OF COUNSEL:

Robert J. Goldman
Sasha Rao
ROPES & GRAY LLP
525 University Avenue
Suite 300
Palo Alto, CA  94301
(650) 617-4000

Pablo Hendler
Sona De
Richard A. Inz
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY  10036
(212) 596-9000

August 11, 2008
2442820