**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| PURDUE PHARMA PRODUCTS L.P., | ) | |
| NAPP PHARMACEUTICAL GROUP LTD., | ) | |
| BIOVAIL LABORATORIES INTERNATIONAL | ) | |
| SLR, and ORTHO-MCNEIL, INC., | ) | |
| | ) | C.A. No. 08-502 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| IMPAX LABORATORIES, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' FED. R. CIV. P. 7.1 STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1(a), Ortho-McNeil, Inc. hereby state as follows:

1.      Ortho-McNeil, Inc. is a New Jersey corporation.  Ortho-McNeil, Inc. has one parent corporation, Johnson and Johnson, a public company, which owns more than 10% of Ortho-McNeil's stock.

**CONNOLLY BOVE LODGE & HUTZ LLP**

By: _____*Mary W. Bourke*_____

Mary W. Bourke (#2356)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899-2207
(302) 658-9141

*Attorneys for Plaintiff*
*Ortho-McNeil, Inc.*

DATED:  August 12, 2008