IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA PRODUCTS L.P., NAPP PHARMACEUTICAL GROUP LTD., BIOVAIL LABORATORIES INTERNATIONAL, SRL, and ORTHO-MCNEIL, INC., <br><br>     Plaintiffs, <br><br>  v. <br><br>IMPAX LABORATORIES, INC., <br><br>     Defendant. | C.A. No. 08-502-UNA |

## NOTICE OF DISMISSAL

    PLEASE TAKE NOTICE that plaintiffs hereby dismiss their claims against defendant without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

              */s/ Rodger D. Smith II*

Robert J. Goldman
Sasha G. Rao
ROPES & GRAY LLP
525 University Avenue
Suite 300
Palo Alto, California 94301
(650) 617-4000

Pablo Hendler
Sona De
Richard A. Inz
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 596-9000

              Jack B. Blumenfeld (#1014)
              Rodger D. Smith II (#3778)
              1201 N. Market Street
              Wilmington, DE 19899-1347
              (302) 658-9200
              rsmith@mnat.com
              *Attorneys for Plaintiffs*
               *Purdue Pharma Products L.P.*
               *and Napp Pharmaceutical Group Ltd.*

|  |  |
|---|---|
|  | BAYARD P.A. |
|  | */s/ Richard D. Kirk* |
|  | _____ |
| OF COUNSEL: | Richard D. Kirk (#922) |
|  | 222 Delaware Avenue, Suite 900 |
| Paul Tully | P.O. Box 25130 |
| Aaron Barkoff | Wilmington, DE 19899-5130 |
| MCDONNELL BOEHNEN HULBERT | (302) 429-4208 |
| & BERGHOFF LLP | rkirk@bayardfirm.com |
| 300 South Wacker Drive | *Attorneys for Plaintiff* |
| Chicago, Illinois 60606 | *Biovail Laboratories International, SRL* |
| (312) 913-0001 |  |

CONNOLLY BOVE LODGE & HUTZ LLP

*/s/ Mary W. Bourke*

_____
Mary W. Bourke (#2356)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
mbourke@cblh.com
*Attorneys for Plaintiff*
  *Ortho-McNeil, Inc.*

August 18, 2008
2450741

2