AO 120 (Rev. 3/04)

Case 1:08-cv-00502-UNA   Document 3   Filed 08/11/2008   Page 1 of 1

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Delaware__ on the following  X Patents or  ☐ Trademarks:

| DOCKET NO.<br>08cv502 | DATE FILED<br>8/08/08 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>Purdue Pharma Products LP, et al | | DEFENDANT<br>Impax Laboratories Inc |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US 6,254,887 B1 | 7/3/01 | Euro-Celtique S.A. |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| NOTICE OF DISMISSAL FILED 8/18/08. (ATTACHED) |

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK | DATE<br>August 11, 2008 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA PRODUCTS L.P., NAPP PHARMACEUTICAL GROUP LTD., BIOVAIL LABORATORIES INTERNATIONAL, SRL, and ORTHO-MCNEIL, INC.,<br><br>                        Plaintiffs,<br><br>      v.<br><br>IMPAX LABORATORIES, INC.,<br><br>                        Defendant. | C.A. No. 08-502-UNA |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiffs hereby dismiss their claims against defendant without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

Robert J. Goldman
Sasha G. Rao
ROPES & GRAY LLP
525 University Avenue
Suite 300
Palo Alto, California  94301
(650) 617-4000

Pablo Hendler
Sona De
Richard A. Inz
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York  10036
(212) 596-9000

                      */s/ Rodger D. Smith II*

                      _____
                      Jack B. Blumenfeld (#1014)
                      Rodger D. Smith II (#3778)
                      1201 N. Market Street
                      Wilmington, DE  19899-1347
                      (302) 658-9200
                      rsmith@mnat.com
                      *Attorneys for Plaintiffs*
                        *Purdue Pharma Products L.P.*
                        *and Napp Pharmaceutical Group Ltd.*

|  |  |
|---|---|
| OF COUNSEL:<br><br>Paul Tully<br>Aaron Barkoff<br>MCDONNELL BOEHNEN HULBERT<br>& BERGHOFF LLP<br>300 South Wacker Drive<br>Chicago, Illinois  60606<br>(312) 913-0001 | BAYARD P.A.<br><br>*/s/ Richard D. Kirk*<br>_____<br>Richard D. Kirk (#922)<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE  19899-5130<br>(302) 429-4208<br>rkirk@bayardfirm.com<br>*Attorneys for Plaintiff*<br>  *Biovail Laboratories International, SRL*<br><br>CONNOLLY BOVE LODGE & HUTZ LLP<br><br>*/s/ Mary W. Bourke*<br>_____<br>Mary W. Bourke (#2356)<br>The Nemours Building<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141<br>mbourke@cblh.com<br>*Attorneys for Plaintiff*<br>  *Ortho-McNeil, Inc.* |

August 18, 2008
2450741

2